UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHLYNN O'DELL,

       Plaintiff,                        Case No. 2:25-cv-929-KCD-KRH

    v.

MIROMAR LAKES GOLF AND
BEACH CLUB,

       Defendant.
_____/

## **ORDER**

In this employment case, Plaintiff Michlynn O'Dell failed to respond to the Court's order directing her to show cause why she failed to appear at a Rule 16(b) conference. (Doc. 38.) O'Dell was warned that the failure to respond could result in dismissal. (*Id.*) O'Dell has also yet to file a disclosure statement despite the Court directing her to do so. (Doc. 3 at ¶ 2; Doc. 39.) Ignoring these orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

O'Dell has not diligently prosecuted this case and has ignored the Court's orders. At bottom, her actions show a lack of interest. The Court thus

**DISMISSES** O'Dell's claims without prejudice for failure to prosecute. *See* Local Rule 3.10. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the case.

ORDERED in Fort Myers, Florida on July 14, 2026.

Kyle C. Dudek
United States District Judge